# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14cr5-HSO-JCG-2

DONTRELLE DESHAUN SANFORD

DONTRELLE DESHAUN SANFORD

v.  CIVIL NO. 1:18cv249-HSO

UNITED STATES OF AMERICA

## FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is Defendant Dontrelle Deshaun Sanford's Motion [79] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255. For the reasons given in the Memorandum Opinion and Order denying Defendant's Motion [79] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of January, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE